IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM D. DUNCAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 08-1258-SU |
| v. ) | |
| ) | O R D E R |
| PATINE, INC., a California Corporation, ) | |
| dba Southwest Trailer Sales, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Hostetter Knapp, LLP
    203 E. Main Street
    P. O. Box 400
    Enterprise, Oregon  97828

        Attorney for Plaintiff

    Todd R. Johnston
    Hershner Hunter, LLP
    180 E. 11th Avenue
    P. O. Box 1475
    Eugene, Oregon  97440

        Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Patricia Sullivan, United States Magistrate Judge, filed Findings and Recommendation on March 11, 2009. Defendant filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Sullivan.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Sullivan dated March 11, 2009 in its entirety.

IT IS HEREBY ORDERED that Duncan's Motion to Remand (#7) is granted. This action is remanded to the Wallowa County Circuit Court. Patine's Motion to Dismiss for Lack of Jurisdiction (#4) is denied as moot.

DATED this __4th__ day of May, 2009.

                                      /s/ Garr M. King
                                           GARR M. KING
                                       United States District Judge